Name " William " Being Fictitious, etc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LUIGGI MONTELLO, Appellant, v. KRAUS & SILVERMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance. The date for the examination to proceed to be fixed in the order. Settle order on notice.

In the Matter of Supplementary Proceedings: THE ÆTNA CASUALTY AND SURETY COMPANY, Judgment Creditor, Respondent, v. LUCY LOU SHOPS, Inc., Judgment Debtor, and TRAMLEY, INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JACOB TERNER, Respondent, v. EDWARD GLICKSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S. CONDICT, Appellant, v. KATHERINE T. CONDICT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S. CONDICT, Appellant, v. KATHERINE T. CONDICT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROTHOC HOLDING CORPORATION, Respondent, v. LOUIS PINCUS and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of BENSKY REALTY CORPORATION, Respondent, against JOHN J. DORMAN, as Fire Commissioner of the City of New York, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JAMES W. BROWN, Public Administrator of the County of Bronx, as Administrator, etc., of PATRICK ALBERT O'NEILL, Deceased, Respondent, v. RICHLINS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ERWIN JOSEPH, as Ancillary Administrator, etc., of JACQUES GILBERT, Deceased, Respondent, v. HENRY C. BURNSTINE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HUGO J. WISE, Appellant, v. ALFRED KATZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MERRILL H. ROSS, an Infant, by PAUL L. ROSS, Respondent, v. PARMELEE